

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ex parte Brandon Joseph Adams,

No. 11-17-00332-CR

\* From the 42nd District Court
of Taylor County,
Trial Court No. 26,815-A.

\* June 14, 2018

\* Opinion by Willson, J.
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.,
sitting by assignment)

This court has inspected the record in this cause and concludes that there is error in the order below.  Therefore, in accordance with this court's opinion, we reverse the order of the trial court and remand this matter to the trial court with instructions to enter an order granting the relief requested in Brandon Joseph Adams's application for writ of habeas corpus.